UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW                    ORDER OF REFERRAL
SIEROTOWICZ,

                    Plaintiffs,


        v.                                                    04-CV-3148 (NGG) (LB)


NEW YORK CITY HOUSING
AUTHORITY, *et al.*,

                    Defendants.
-----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

                    Plaintiffs,


        v.                                                    04-CV-3886 (NGG) (LB)


NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL, *et al.*,

                    Defendants.
-----------------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

                    Plaintiffs,


        v.                                                    04-CV-3887 (NGG) (LB)


NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

```
-----------------------------------------------------------X
MARIA SIEROTOWICZ, and STANISLAW
SIEROTOWICZ,

                         Plaintiffs,

            v.                                                04-CV-3888 (NGG) (LB)

NEW YORK STATE DIVISION OF HOUSING
AND COMMUNITY RENEWAL, et al.,

                         Defendants.
-----------------------------------------------------------X
```

NICHOLAS G. GARAUFIS, U.S. District Judge.

In Case No. 04-CV-3148 (NGG) (LB), Defendant New York City Housing Authority's

Motion for Summary Judgment (Docket Entry # 54) is hereby referred to Magistrate Judge Lois

Bloom for a Report and Recommendation ("R&R"). In Case No. 04-CV-3886 (NGG) (LB),

Defendant Los Sures Management Company's Motion for Summary Judgment (Docket Entry #

75) is hereby referred to Magistrate Judge Lois Bloom for an R&R. In Case No. 04-CV-3887

(NGG) (LB), Defendant St. Nicholas Neighborhood Preservation Corp.'s Motion for Summary

Judgment (Docket Entry # 72) is hereby referred to Magistrate Judge Lois Bloom for an R&R. In

Case No. 04-CV-3888 (NGG) (LB), Defendant North Brooklyn Development Corp.'s Motion for

Summary Judgment (Docket Entry # 71) and Defendant People's Firehouse's Motion for

Summary Judgment (Docket Entry # 94) are  hereby referred to Magistrate Judge Lois Bloom for

an R&R.

Magistrate Judge Lois Bloom may, in her discretion, issue a joint R&R on the motions for

these four cases.


SO ORDERED.

Dated: April 1, 2008                                    /s Nicholas G. Garaufis
      Brooklyn, New York                         NICHOLAS G. GARAUFIS
                                     United States District Judge